■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUSTO ELIAS, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— Judgment of the Supreme Court, Dutchess County, dated May 22, 1968, affirmed, without costs (see *People ex rel. Williams* v. *Follette,* 30 A D 2d 693, affd. 24 N Y 2d 949; Code Crim. Pro., § 464; cf. *People* v. *Ressler,* 17 N Y 2d 174; *United States ex rel. Hetenyi* v. *Wilkins,* 348 F. 2d 844, cert. den. *sub nom. Mancusi* v. *Hetenyi,* 383 U. S. 913). Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.